**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6659**

THOMAS M. TULLY,

Plaintiff - Appellant,

versus

NAOMI LONG, Magistrate, Frederick County, VA;
MARTHA BAKER, Magistrate, Frederick County,
VA; JOHN J. MCGRATH, JR., Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:07-cv-00165-sgw)

Submitted:  August 23, 2007          Decided:  August 29, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas M. Tully, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas M. Tully appeals the district court's order denying his motion for mandamus construed in part as a 42 U.S.C. § 1983 (2000) complaint and dismissing the action. We have reviewed the record and find no reversible error. Accordingly, although we grant Tully's motion to amend his informal brief, we affirm for the reasons stated by the district court. Tully v. Long, No. 7:07-cv-00165-sgw (W.D. Va. signed as entered on Apr. 11 & filed on Apr. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -